IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                  No. CIV S-05-0937 GEB KJM P

    vs

R. GUFFEE, et al.,

        Defendants.          FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 27, 2005, the court ordered, among other things, that plaintiff describe in writing the outcome of each of the lawsuits he has filed while a prisoner so that the court can determine whether plaintiff is barred from proceeding in forma pauperis under 28 U.S.C. 1915(g).

        On November 10, 2005, plaintiff filed his response. Plaintiff asserts he has filed 69 cases. He claims 30 of the cases settled and 39 are still pending. However, a brief review of court records shows that plaintiff has had several cases dismissed for reasons other than the fact that the case settled. See, e.g., CIV-S- 00-0653 LKK GGH P, CIV-S-04-1569 GEB GGH P, CIV-S- 04-1599 LKK JFM P. Plaintiff has not complied with the court's October 27, 2005 order, and appears to have misrepresented the status of his cases to the court in contravention of

1

1  Federal Rule of Civil Procedure 11.  Therefore, the court will recommend that this action be
2  dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.
3          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.
4          These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
6  days after being served with these findings and recommendations, plaintiff may file written
7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
10 F.2d 1153 (9th Cir. 1991).
11 DATED: May 8, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

18 1 camp0937.56